**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Shannon Dettinburn
B. Date of Delivery: 5-21-01
C. Signature: X Shannon Dettinburn — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☑ No

1. Article Addressed to:

Michael George
D.A. Adams County
Courthouse
111-117 Baltimore Street
Gettysburg, PA. 17325

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0168 0392

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: MAY 21 2001
C. Signature: [illegible] — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☑ No

1. Article Addressed to:

Attorney General
Michael Fisher
15th Floor, Strawberry Square
Harrisburg, PA. 17120

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 068 0405

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789

---

③
5-29
1:CV-01-83[...]

FILED
HARRISBURG,
MAY 25 200[1]

MARY E. D'ANDREA,
Per: [signature]

SG Ord[...]