**SENDER: COMPLETE**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deputy Attorney General
   Mr. Francis Filipi,
   15th Floor, Strawberry Square
   Harrisburg, PA. 17120

A. Received by (Please Print Clearly)   B. Date of Delivery: MAY 2 1 2001

C. Signature — ☒ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 0168 0415

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

FILED
HARRISBU[RG]

JUL 1 2 20[01]

MARY E. D'ANDREA
Per _____
DEPUTY CLE[RK]

1-CV-0[...]
83[6]
Show C[ause]
Orde[r]